FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

MAR 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GOPHER MEDIA LLC, a Nevada Limited Liability Corporation formerly known as Local Clicks doing business as Doctor Multimedia and AJAY THAKORE, an individual,

        Plaintiffs - Appellants,

  v.

ANDREW MELONE, an individual and AMERICAN PIZZA MANUFACTURING, a California business entity also known as American Pizza Mfg.,

        Defendants - Appellees.

No. 24-2626

D.C. No.
3:21-cv-01909-RBM-VET
Southern District of California,
San Diego

**ORDER**

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be heard en banc pursuant to Federal Rule of Appellate Procedure 40(c) and Circuit Rule 40-3.